IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC<br><br>    PLAINTIFF<br><br>vs.<br><br>EMILY SEARS,<br>EJ SEARS ENTERPRIZES,<br>EMILY-TASTIC, and<br>EMILYS_FINDS247<br><br>    DEFENDANTS | Case No. 1:17-cv-07594<br><br>JURY REQUESTED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS
EMILY-TASTIC AND EMILYS_FINDS247**

**PLEASE TAKE NOTICE** that Plaintiff Quincy Bioscience, LLC (Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice only as to Defendants Emily-Tastic and Emilys_Finds247.

Subsequent to filing, Plaintiff has learned that defendants Emily-Tastic and Emilys_Finds247, sellers of goods on the internet site ebay.com, are not affiliated with or related to the remaining named defendants. Defendants Emily-Tastic and Emilys_Finds247 have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment, nor has either Defendant otherwise appeared. Accordingly, under Rule 41(a)(1)(A)(i) this matter may be dismissed without prejudice as to these defendants without an Order of the Court.

Dated: October 30, 2017.                              Respectfully submitted,

                                                                By: */s/ Sanjay S. Karnik*
                                                                 Ryan M. Kaiser
                                                                 Illinois Reg. No. 6289873

Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
Daniel S. Tyler
Illinois Reg. No. 6315798
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 466-1033
Facsimile: (312) 884-7352

Attorneys for Plaintiff
Quincy Bioscience, LLC

## **CERTIFICATE OF SERVICE**

I, Sanjay S. Karnik, an attorney of record for the Plaintiff in this case, certify that on October 30, 2017, I served the above and foregoing Notice of Voluntary Dismissal Without Prejudice, by causing true and accurate copies of such paper to be mailed with first class postage to the persons and entities shown below.

>Emily Sears
>150 Smoky Mountain Drive
>Marion, NC 28752
>
>EJ Sears Enterprizes
>150 Smoky Mountain Drive
>Marion, NC 28752

*/s/ Sanjay S. Karnik*